# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS
# (EAST ST. LOUIS)

Case # 3:06 CR-30134-WDS-1
Honorable Judge William D. Stiehl

**UNITED STATES OF AMERICA**

    vs

**PRACTICAL MARKETING INC.**
    **Defendant.**
_____/

## ORDER GRANTING DEFENDANT PRACTICAL MARKETING'S MOTION FOR EARLY TERMINATION OF PROBATION

THIS CAUSE, having come before the Court on motion of Defendant, PRACTICAL MARKETING INC., to which the Government has advised the Court it has no objection, for early termination of probation, and the Court having considered same in light of 18 USC 3553(a), the input of Defendant's probation officer, the criteria suggested by the Judicial Conference Committee on Criminal Law and being otherwise duly advised, the Court finds that Defendant PRACTICAL MARKETING INC. qualifies for the early termination of its probationary period and that it has met all of the criteria for early termination. Accordingly, it is

**ORDERED AND ADJUDGED** that said Motion be and the same is hereby **GRANTED;** Defendant **PRACTICAL MARKETING INC.**'s probation is hereby terminated.

DATED: September 29, 2008

                              s/*WILLIAM D. STIEHL*
                              DISTRICT JUDGE